Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant*
*Chase Bank USA, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY DESMOND FLORIAN, an individual; THO NGUYEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHEX SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company; AFFIRM, INC., a foreign corporation; BANK OF AMERICA, N.A, a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; DEPARTMENT STORES NATIONAL BANK, a national banking association; INTOUCH CREDIT UNION, a foreign non-profit corporation; SYNCHRONY BANK, A foreign corporation; U.S. BANK, N.A., a national banking association,<br><br>Defendants. | CASE NO. 2:18-cv-01216-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CHASE BANK USA, N.A. TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>(First Request) |

Defendant Chase Bank USA, N.A.'s ("Chase") response to plaintiffs Anthony Desmond Florian and Tho Nguyen's complaint currently is due July 30, 2018. Chase

and Plaintiffs stipulate and agree that Chase has up to and including August 20, 2018 to respond to the complaint. The additional time will allow Chase to investigate plaintiffs' allegations and the parties to discuss the possibility of an early resolution of the claims alleged against Chase.

This is the first request for an extension to Chase's deadline to respond to the complaint. This request is made in good faith and not for purposes of delay.

Dated: July 24, 2018

| BALLARD SPAHR LLP | LAW OFFICE OF KEVIN L. HERNANDEZ |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Chase Bank, USA, N.A.*<br>. | By: /s/ Kevin L. Hernandez<br>Kevin L. Hernandez<br>Nevada Bar No. 12594<br>2510 Wigwam Parkway, Suite 206<br>Henderson, Nevada 89074<br><br>*Attorney for Plaintiffs* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 26, 2018