**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY DESMOND FLORIAN and THO NGUYEN,<br><br>Plaintiffs,<br><br>v.<br><br>CHEX SYSTEMS, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AFFIRM, INC., BANK OF AMERICA, N.A., CAPITAL ONE BANK (USA), N.A., CITIBANK, N.A., DEPARTMENT STORES NATIONAL BANK, INTOUCH CREDIT UNION, SYNCHRONY BANK, and U.S. BANK, N.A.,<br><br>Defendants. | Case No. 2:18-cv-01216-GMN-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

COME NOW Plaintiffs, Anthony Desmond Florian and Tho Nguyen ("Plaintiffs"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiffs' Complaint.

On July 3, 2018, Plaintiffs filed their Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 27, 2018.

4829-9450-9678.1

1

Plaintiff has agreed to extend the deadline in which Trans Union has to file responsive pleadings to Plaintiff's Complaint until August 17, 2018.

Dated this 25th day of July, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*


**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, NV 89074
Telephone: (702) 563-4450
Facsimile: (702) 552-0408
Email: kevin@kevinhernandezlaw.com
*Counsel for Plaintiff*

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED to extend the deadline in which Trans Union has to file responsive pleadings to Plaintiff's Complaint until August 17, 2018.

Dated this 26th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

4829-9450-9678.1

2