J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8200
Fax: (702) 949-8398
Email: cjorgensen@lrrc.com

*Attorneys for Defendant*
*Synchrony Bank*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY DESMOND FLORIAN and THO NGUYEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEX SYSTEMS, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AFFIRM, INC., BANK OF AMERICA, N.A., CAPITAL ONE BANK (USA), N.A., CITIBANK, N.A., DEPARTMENT STORES NATIONAL BANK, INTOUCH CREDIT UNION, SYNCHRONY BANK, and U.S. BANK, N.A.,<br><br>Defendants. | Case No.: 2:18-cv-01216-GMN-PAL<br><br>**STIPULATION TO EXTEND DEFENDANT SYNCHRONY BANK'S TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Compl. Filed: July 3, 2018<br><br>Hon. Judge Gloria Maria Navarro<br>Hon. Magistrate Judge Peggy A. Leen |

This Stipulation to Extend Defendant Synchrony Bank's Time to Respond to Complaint is made by and between Plaintiffs Anthony Desmond Florian and Tho Nguyen ("Plaintiffs") and Defendant Synchrony Bank ("Synchrony") through their respective counsel, in light of the following facts:

## RECITALS

A. Plaintiffs filed the Complaint ("Complaint") against Synchrony on or about July 3, 2018.

B. Synchrony was served with the Complaint on or about July 9, 2018.

C. Synchrony's current deadline to respond to the Complaint is July 30, 2018

D. The parties agreed that Synchrony would have through August 27, 2018 to

respond to the Complaint in order to give Synchrony time to investigate Plaintiffs' claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.

    E.    There is good cause to grant this stipulation because Synchrony requires additional time to investigate Plaintiffs' claims and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

    F.    This stipulation is filed in good faith and not intended to cause delay.

    G.    Pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and Synchrony respectfully request that the Court extend Synchrony's time to respond to Plaintiffs' Complaint through August 27, 2018.

## STIPULATION

NOW, THEREFORE, Plaintiffs and Synchrony hereby stipulate and agree that Synchrony has up to and including August 27, 2018, to file a response to Plaintiffs' Complaint.

**IT IS SO STIPULATED.**

DATED this 27th day of July, 2018.　　　　DATED this 27th day of July, 2018.

| **LAW OFFICE OF**<br>**KEVIN L. HERNANDEZ** | **LEWIS ROCA**<br>**ROTHGERBER CHRISTIE LLP** |
|---|---|
| By: /s/ Kevin L. Hernandez<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>2510 Wigwan Parkway, Suite 206<br>Henderson, Nevada 89074<br>Tel: 702-563-4450<br>Email: kevin@kevinhernandezlaw.com | By: /s/ J Christopher Jorgensen<br>J Christopher Jorgensen, Esq.<br>Nevada Bar No. 5382<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Tel: 702-949-8200<br>Email: cjorgensen@lrrc.com |
| *Attorney for Plaintiffs*<br>*Anthony Desmond Florian*<br>*and Tho Nguyen* | *Attorneys for Defendant*<br>*Synchrony Bank* |

## ORDER

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED  July 30, 2018