J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Phone: 702-474-2642
Email: CJorgensen@lrrc.com

*Attorney for Barclays Bank Delaware*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY DESMOND FLORIAN, an individual; THO NGUYEN, an individual;<br><br>Plaintiffs;<br><br>v.<br><br>CHEX SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; AFFIRM, INC., a foreign corporation; BANK OF AMERICA, N.A., a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; DEPARTMENT STORES NATIONAL BANK, a national banking association; INTOUCH CREDIT UNION, a foreign non-profit corporation; SYNCHRONY BANK, a foreign corporation; U.S. BANK, N.A., a national banking association.<br><br>Defendants. | Case No.: 2:18-cv-01216-GMN-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT BARCLAYS BANK DELAWARE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Compl. Filed: July 3, 2018 |

Defendant Barclays Bank Delaware ("Barclays"), and Plaintiffs Anthony Florian and Tho Nguyen (collectively "Plaintiffs") hereby state the following:

///

1. The Complaint in this action was filed on July 3, 2018 in the United States District Court for the District of Nevada captioned *Florian et al v. Chex Systems, Inc. et al*, Case No. 2:18-cv-01216-GMN-PAL.

2. On July 9, 2018, Barclays was served with Plaintiffs' Summons and Complaint.

3. An answer or other response to the Complaint is presently due on July 30, 2018.

4. Barclays recently retained counsel in the above-captioned lawsuit and is in the process of reviewing the claims in Plaintiffs' Complaint and is gathering documents, which require additional time.

5. Counsel for Plaintiffs and Counsel for Barclays have agreed to extend the deadline in which Defendants have to answer or otherwise respond to Plaintiffs' Complaint by twenty-eight (28) days, by and through and until August 27, 2018.

6. There is good cause to grant this stipulation because Barclays requires additional time to investigate Plaintiffs' claims and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

7. This stipulation is filed in good faith and not intended to cause delay.

DATED this 30th day of July, 2018.

IT IS SO AGREED AND STIPULATED:

| LAW OFFICE OF<br>KEVIN L. HERNANDEZ | LEWIS ROCA<br>ROTHGERBER CHRISTIE LLP |
|---|---|
| By: /s/ *Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>2510 Wigwam Parkway<br>Suite 206<br>Henderson, Nevada 89074 | By: /s/ *J Christopher Jorgensen*<br>J Christopher Jorgensen<br>Nevada Bar No. 5382<br>3993 Howard Hughes Pkwy<br>Suite 600<br>Las Vegas, NV 89169 |

| | |
|---|---|
| Phone: 702-563-4450<br>Email: Kevin@kevinhernandezlaw.com | Phone: 702-949-8200<br>Email: CJorgensen@lrrc.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants Barclays Bank Delaware* |

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED to extend the deadline in which Barclays has to file responsive pleadings to Plaintiffs' Complaint until August 27, 2018.

_____
U.S. MAGISTRATE JUDGE

DATED: July 30, 2018