DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: rex.garner@akerman.com

*Attorney for Defendant, Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY DESMOND FLORIAN, an individual; THO NGUYEN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEX SYSTEMS, INC., EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION LLC; AFFIRM, INC.; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE BANK (USA), N.A.; CHASE BANK USA, N.A.; CITIBANK, N.A., DEPARTMENT STORES NATIONAL BANK; U.S. BANK, N.A.,<br><br>Defendants. | Case No.: 2:18-cv-01216-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT BANK OF AMERICA, N.A.'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated and agreed by Plaintiffs Antony Desmond Florian and Tho Nguyen ("Plaintiffs"), through their attorney Kevin L. Hernandez, and Defendant Bank of America, N.A. (BANA), through its attorney, Rex D. Garner with the law firm of Akerman LLP, as follows:

On July 3, 2018, Plaintiffs filed their Complaint in this Court [ECF No. 1]. BANA was served on or about July 16, 2018. BANA is currently gathering information to properly respond to Plaintiff's Complaint. In the interest of conserving client and judicial resources, BANA has requested until August 31, 2018 in which to file its responsive pleading. Plaintiff has agreed.

…

This is BANA's first request for an extension of time to respond to Plaintiffs' Complaint and this stipulation is not intended to cause any delay or prejudice to any party.

DATED August 7, 2018.

**AKERMAN LLP**

*/s/ Rex D. Garner*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorney for Defendant, Bank of America, N.A.*

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, NV 89074

*Attorney for Plaintiffs*

## **ORDER**

IT IS ORDERED THAT Bank of America, N.A. shall have until August 31, 2018 to respond to Plaintiff's Complaint.

UNITED STATES MAGISTRATE JUDGE

August 10, 2018
DATED