| | |
|---|---|
| 1 | Dominica C. Anderson (SBN 2988) |
| | Tyson E. Hafen (SBN 13139) |
| 2 | **DUANE MORRIS LLP** |
| | 100 N. City Parkway, Suite 1560 |
| 3 | Las Vegas, NV 89106 |
| | T: 702.868.2600; F: 702.385.6862 |
| 4 | Email: dcanderson@duanemorris.com |
| | tehafen@duanemorris.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | *U.S. Bank National Association* |

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| | ANTHONY DESMOND FLORIAN, an individual; THO NGUYEN, an individual | Case No.: 2:18-cv-01216-GMN-PAL |
| | Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME FOR U.S. BANK NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| | vs. | |
| | CHEX SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; AFFIRM, INC., a foreign corporation; BANK OF AMERICA, N.A., a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; DEPARTMENT STORES NATIONAL BANK, a national banking association; INTOUCH CREDIT UNION, a foreign non-profit corporation; SYNCHRONY BANK, a foreign corporation; U.S. BANK, N.A., a national banking association, | |
| | Defendants. | |

Plaintiffs Anthony Florian and Tho Nguyen, and by through their counsel, LAW OFFICES OF KEVIN L. HERNANDEZ, and Defendant U.S. Bank National Association, ("***US Bank***"), by and through its counsel, DUANE MORRIS LLP, hereby stipulate to extend the time for US Bank to respond to Plaintiff's Complaint, which response is currently due August 9, 2018, up to and including **August 30, 2018**.

1
STIPULATION AND ORDER

This extension will allow US Bank's counsel, who were recently retained in this matter, to analyze the claims made and obtain and review any relevant documents. This is the first request for an extension to US Bank's deadline to respond to the complaint, and is made in good faith and not for the purpose of delay.

DATED this 9th of August, 2018.

| LAW OFFICE OF KEVIN L. HERNANDEZ | DUANE MORRIS LLP |
|---|---|
| By: /s/ *Kevin L. Hernandez* <br> Kevin L. Hernandez (SBN 12594) <br> Attorneys for Plaintiffs | By: /s/ *Tyson E. Hafen* <br> Dominica C. Anderson (SBN 2988) <br> Tyson E. Hafen (SBN 13139) <br> Attorneys for Defendant *U.S. Bank National Association.* |

**IT IS SO ORDERED** this 10th day of August, 2018.

US District Court Magistrate Judge

2
STIPULATION AND ORDER
DM1\8930372 K0247/00416