Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Chase Bank USA, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY DESMOND FLORIAN, an individual; THO NGUYEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHEX SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company; AFFIRM, INC., a foreign corporation; BANK OF AMERICA, N.A, a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; DEPARTMENT STORES NATIONAL BANK, a national banking association; INTOUCH CREDIT UNION, a foreign non-profit corporation; SYNCHRONY BANK, A foreign corporation; U.S. BANK, N.A., a national banking association,<br><br>Defendants. | CASE NO. 2:18-cv-01216-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CHASE BANK USA, N.A. TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>(Second Request) |

Pursuant to LR IA 6-1, Plaintiffs Anthony Desmond Florian ("Florian") and Tho Nguyen ("Nguyen") (collectively the "Plaintiffs") and Defendant Chase Bank

1  USA, N.A. ("Chase"), by and through their respective counsel of record, stipulate that
2  Chase may have up to and including September 4, 2018, to file a response to
3  Plaintiffs' Complaint. The parties previously filed a stipulation and order that
4  provided Chase up to and including August 20, 2018, to respond to Plaintiffs'
5  Complaint (ECF No. 5). The requested extension will allow the parties to continue to
6  investigate Plaintiffs' allegations against Chase and engage in ongoing discussions
7  about a possible early resolution.

    This second request for an extension of time is made in good faith and is not intended to cause delay or prejudice any party.

    DATED this 16th day of August, 2018.

| BALLARD SPAHR LLP | LAW OFFICES OF KEVIN L. HERNANDEZ |
|---|---|
| By: /s/ Lindsay C. Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay C. Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: Kevin L. Hernandez<br>Kevin L. Hernandez<br>Nevada Bar No. 12594<br>2510 Wigwam Parkway, Suite 206<br>Henderson, Nevada 89074 |
| *Attorneys for Defendant Chase Bank USA, N.A.* | *Attorneys for Plaintiffs* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 17, 2018

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070