Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY DESMOND FLORIAN, an individual; THO NGUYEN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>CHEX SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; AFFIRM, INC., a foreign corporation; BANK OF AMERICA, N.A., a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; DEPARTMENT STORES NATIONAL BANK, a national banking association; INTOUCH CREDIT UNION, a foreign non-profit corporation; SYNCHRONY BANK, a foreign corporation; U.S. BANK, N.A., a national banking association.<br><br>Defendants. | Case No.: 2:18-cv-01216-GMN-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiffs, Anthony Desmond Florian and Tho Nguyen, and Defendant, Equifax Information Services, LLC ("Equifax") (collectively referred to as the "Parties") have reached an agreement in principle to resolve this action. Plaintiffs and Equifax anticipate settlement documents will be finalized within the next thirty (30) days.

Therefore, Plaintiffs and Equifax request that the Court vacate all pending deadlines and filing requirements as to Equifax. Plaintiffs and Equifax further request that the Court set a deadline 30 days from today for either dismissing this action with prejudice or filing a joint status report regarding settlement.

Dated: August 27, 2018

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

Dated: August 27, 2018

**SNELL & WILMER LLP**

*Bradley T. Austin*
Bradley T. Austin, Esq.
Nevada Bar No. 13064
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Email: baustin@swlaw.com
*Attorney for Defendant Equifax Information Services LLC*

**IT IS SO ORDERED** this 30th day of August, 2018.

Peggy A. Leen
United States Magistrate Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** was electronically served to the following parties:

Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@nblawnv.com
asharples@nblawnv.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Bradley T. Austin, Esq.
**SNELL & WILMER, LLP**
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Email: baustin@swlaw.com
*Attorney for Defendant Equifax Information Services LLC*

Jason G. Revzin, Esq.
**Lewis Brisbois Bisgaard & Smith LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Email: jason.revzin@lewisbrisbois.com
*Attorney for Trans Union LLC*

J Christopher Jorgensen, Esq.
**Lewis Roca Rothgerber Christie LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Email: cjorgensen@lrrc.com
*Attorneys for Defendant Synchrony Bank and Barclays Bank Delaware*

| | |
|---|---|
| Mark J. Connot, Esq.<br>**FOX ROTHSCHILD LLP**<br>1980 Festival Plaza Drive, #700<br>Las Vegas, Nevada 89135<br>mconnot@foxrothschild.com<br>*Attorneys for Defendant Chex Systems, Inc.* | Rex D. Garner, Esq.<br>**AKERMAN LLP**<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>rex.garner@akerman.com<br>*Attorney for Defendant Bank of America, N.A.* |
| Tyson E. Hafen, Esq.<br>**Duane Morris LLP**<br>100 North City Parkway, Suite 1560<br>Las Vegas, NV 89106-4617<br>tehafen@duanemorris.com<br>*Attorneys for Defendant U.S. Bank, N.A* | Joel E. Tasca, Esq.<br>Lindsay Demaree, Esq.<br>**BALLARD SPAHR LLP**<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br>tasca@ballardspahr.com<br>*Attorneys for Defendant Chase Bank USA, N.A.* |

Kurt R. Bonds, Esq.
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
efile@alversontaylor.com
Attorneys for InTouch Credit Union

    Dated: August 27, 2018

                                        */s/ Veronica Melton*                           .
                                        An Employee of the Law Office of Kevin L. Hernandez