Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANTHONY DESMOND FLORIAN, an individual; THO NGUYEN, an individual;

Plaintiffs,

v.

CHEX SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; AFFIRM, INC., a foreign corporation; BANK OF AMERICA, N.A., a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; DEPARTMENT STORES NATIONAL BANK, a national banking association; INTOUCH CREDIT UNION, a foreign non-profit corporation; SYNCHRONY BANK, a foreign corporation; U.S. BANK, N.A., a national banking association.

Defendants.

Case No.: 2:18-cv-01216-GMN-PAL

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION LLC**

Plaintiffs, Anthony Desmond Florian and Tho Nguyen (“Plaintiffs”), and Defendant, Trans Union LLC (“Trans Union”) have reached an agreement in principle to resolve this action as to Trans Union only. Plaintiffs and Trans Union anticipate that settlement documents will be finalized within the next thirty (30) days.

///

///

Therefore, Plaintiffs and Trans Union request that the Court vacate all pending deadlines and filing requirements as to Trans Union. Plaintiffs and Trans Union further request that the Court set a deadline thirty (30) days from today for either dismissing this action between Plaintiffs and Trans Union with prejudice or filing a joint status report regarding settlement.

Dated: September 5, 2018

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: September 5, 2018

**LEWIS BRISBOIS BISGAARD**
**& SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin, Esq.
Nevada Bar No. 8629
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION LLC** was electronically served to the following parties:

Bradley T. Austin
**SNELL & WILMER, LLP**
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Email: baustin@swlaw.com
*Attorney for Defendant Equifax Information Services LLC*

Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@nblawnv.com
asharples@nblawnv.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

J Christopher Jorgensen, Esq.
**Lewis Roca Rothgerber Christie LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
cjorgensen@lrrc.com

**IT IS ORDERED** that the settling parties shall have until **October 5, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: September 11, 2018

Peggy A. Leen
United States Magistrate Judge



Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408

*Attorneys for Defendant Synchrony Bank and Barclays Bank Delaware*

Mark J. Connot, Esq.
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
mconnot@foxrothschild.com
*Attorneys for Defendant Chex Systems, Inc.*

Rex D. Garner, Esq.
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
rex.garner@akerman.com
*Attorney for Defendant Bank of America, N.A.*

Rex D. Garner, Esq.
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
rex.garner@akerman.com
*Attorney for Defendant Bank of America, N.A.*

Kurt R. Bonds, Esq.
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
efile@alversontaylor.com
*Attorneys for InTouch Credit Union*

Tyson E. Hafen, Esq.
**Duane Morris LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
tehafen@duanemorris.com
*Attorneys for Defendant U.S. Bank, N.A*

Joel E. Tasca, Esq.
Lindsay Demaree, Esq.
**BALLARD SPAHR LLP**
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
tasca@ballardspahr.com
*Attorneys for Defendant Chase Bank USA, N.A.*

Dated: September 5, 2018

*/s/Veronica Melton*____________________.
An Employee of the Law Office of Kevin L. Hernandez



Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408