ALVERSON TAYLOR & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Attorneys for InTouch Credit Union*

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY DESMOND FLORIAN, an individual; THO NGEN, an individual;<br><br>Plaintiffs,<br>v.<br><br>CHEX SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; ITCU LLC, a foreign limited-liability; AFFIRM, INC., a foreign corporation; BANK OF AMERICA, N.A., a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; DEPARTMENT STORES NATIONAL BANK, a national banking association; INTOUCH CREDIT UNION, a foreign non-profit corporation; SYNCHRONY BANK, a foreign corporation; U.S. BANK, N.A., a national banking association.<br><br>Defendants. | Case No. 2:18-cv-01216<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT INTOUCH CREDIT UNION TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

COME NOW Plaintiffs, Anthony Desmond Florian and Tho Nguyen ("Plaintiffs"), and Defendant InTouch Credit Union ("ITCU"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant ITCU's Time to Respond to Plaintiffs' Complaint.

On July 3, 2018, Plaintiffs filed their Complaint. The current deadline for ITCU to answer or otherwise respond to Plaintiff's Complaint is August 2, 2018. Plaintiff has agreed to extend the deadline in which InTouch Credit Union has to file responsive pleadings to Plaintiff's Complaint until August 31, 2018.

Dated this 1st day of August, 2018

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**

//S// Kurt R. Bonds_____
Kurt Bonds
Nevada Bar No.
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
Telephone (702) 384-7000
*Counsel for ITCU LLC*
Email: KBonds@AlversonTaylor.com
*Counsel for Trans Union LLC*

Dated this 1st day of August, 2018

**LAW OFFICE OF KEVIN L. HERNANDEZ**

//S// Kevin L. Hernandez
Kevin L. Hernandez
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, NV 89074
Telephone: (702) 563-4450
Facsimile: (702) 552-0408
Email: kevin@kevinhernandezlaw.com
*Counsel for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 3rd day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE