Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY FLORIAN, an individual; THO NGUYEN, an individual;<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CHEX SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; AFFIRM, INC., a foreign corporation; BANK OF AMERICA, N.A., a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; DEPARTMENT STORES NATIONAL BANK, a national banking association; INTOUCH CREDIT UNION, a foreign non-profit corporation; SYNCHRONY BANK, a foreign corporation; U.S. BANK, N.A., a national banking association.<br><br>　　　　　　　　　　Defendants. | Case No.: 2:18-cv-01216-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF TRANS UNION, LLC WITH PREJUDICE** |

　　　　Plaintiffs, Anthony Desmond Florian and Tho Nguyen ("Plaintiffs"), and Defendant, Trans Union, LLC ("Trans Union") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

　　　　Therefore, Plaintiffs and Trans Union, by and through their respective attorneys of record,

1  and subject to the Court's approval, respectfully request dismissal of the above-captioned matter
2  with prejudice under FRCP 41(a) as to Trans Union, with Plaintiffs and Trans Union bearing their
3  own attorneys' fees and costs incurred in this action.
4  Respectfully Submitted.

5  Dated: September 27, 2018

6  **LAW OFFICE OF**
   **KEVIN L. HERNANDEZ**

7  /s/ *Kevin L. Hernandez*
8  Kevin L. Hernandez, Esq.
   Nevada Bar No. 12594
9  2510 Wigwam Parkway, Suite 206
   Henderson, Nevada 89074
10 kevin@kevinhernandezlaw.com
   *Attorney for Plaintiffs*

Dated: September 27, 2018

**FOX ROTHSCHILD LLP**

/s/ *Mark J. Connot*
Mark J. Connot, Esq.
Nevada Bar No. 10010
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
mconnot@foxrothschild.com
*Attorneys for Defendant Chex Systems, Inc.*

12 Dated: September 27, 2018

13 **Duane Morris LLP**

14 /s/ *Tyson E. Hafen.*
   Tyson E. Hafen, Esq.
15 Nevada Bar No. 13139
   100 North City Parkway, Suite 1560
16 Las Vegas, NV 89106-4617
   tehafen@duanemorris.com
17 *Attorneys for Defendant U.S. Bank, N.A.*

Dated: September 27, 2018

**Lewis Roca Rothgerber Christie LLP**

s/ *J Christopher Jorgensen*
J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
cjorgensen@lrrc.com
*Attorneys for Defendant Synchrony Bank*

19 Dated: September 27, 2018

20 **SNELL & WILMER L.L.P.**

21 /s/ *Bradley T. Austin*
   Bradley T. Austin, Esq.
22 Nevada Bar No. 13064
   3883 Howard Hughes Parkway, Suite 1100
23 Las Vegas, Nevada 89169
   baustin@swlaw.com
24 *Attorneys for Defendant Equifax Information Services, LLC*

Dated: September 27, 2018

**ALVERSON TAYLOR & SANDERS**

/s/ *Kurt R. Bonds*
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
efile@alversontaylor.com
*Attorneys for InTouch Credit Union*

25
26
27
28

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408

Dated: September 27, 2018

**Lewis Brisbois Bisgaard & Smith LLP**

 /s/ Jason G. Revzin
Jason G. Revzin, Esq.
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

Dated: September 27, 2018

**AKERMAN LLP**

 /s/ Rex D. Garner
Rex D. Garner, Esq.
Nevada Bar No. 9401
1635 Village Center Circle., Suite 200
Las Vegas, Nevada 89134
rex.garner@akerman.com
*Attorneys for Defendant Bank of America, N.A.*

Dated: September 27, 2018

**Lewis Roca Rothgerber Christie LLP**

s/ Erik J. Foley
Erik J. Foley, Esq.
Nevada Bar No. 14195
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
efoley@lrrc.com
*Attorneys for Defendant Barclays Bank Delaware*

Dated: September 27, 2018

**NAYLOR & BRASTER**

/s/ Andrew J. Sharples
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
asharples@nblawnv.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: September 27, 2018

**FERNALD LAW GROUP LLP**

/s/ Brandon C. Fernald
Brandon C. Fernald, Esq.
Nevada Bar No. 10582
6236 Laredo Street
Las Vegas, Nevada 89146
brandon.fernald@fernaldlawgroup.com
*Attorneys for Capital One Bank (USA), N.A.*

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC

Pursuant to the stipulation of the Parties under FRCP 41(a), Trans Union is dismissed with prejudice. Plaintiffs and Trans Union will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

DATED this 16 day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE