Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY FLORIAN, an individual; THO NGUYEN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>CHEX SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; AFFIRM, INC., a foreign corporation; BANK OF AMERICA, N.A., a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; DEPARTMENT STORES NATIONAL BANK, a national banking association; INTOUCH CREDIT UNION, a foreign non-profit corporation; SYNCHRONY BANK, a foreign corporation; U.S. BANK, N.A., a national banking association.<br><br>Defendants. | Case No.: 2:18-cv-01216-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CHEX SYSTEMS, INC WITH PREJUDICE** |

Plaintiffs, Anthony Desmond Florian and Tho Nguyen ("Plaintiffs"), and Defendant, Chex Systems, Inc ("Chex") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, Plaintiffs and Chex, by and through their respective attorneys of record, and

subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Chex, with Plaintiffs and Chex bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

| | |
|---|---|
| Dated: October 4, 2018 | Dated: October 4, 2018 |
| **LAW OFFICE OF KEVIN L. HERNANDEZ** | **FOX ROTHSCHILD LLP** |
| /s/ Kevin L. Hernandez<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>2510 Wigwam Parkway, Suite 206<br>Henderson, Nevada 89074<br>kevin@kevinhernandezlaw.com<br>*Attorney for Plaintiffs* | /s/ Mark J. Connot<br>Mark J. Connot, Esq.<br>Nevada Bar No. 10010<br>1980 Festival Plaza Drive, #700<br>Las Vegas, Nevada 89135<br>mconnot@foxrothschild.com<br>*Attorneys for Defendant Chex Systems, Inc.* |
| Dated: October 4, 2018 | Dated: October 4, 2018 |
| **Duane Morris LLP** | **Lewis Roca Rothgerber Christie LLP** |
| /s/ Tyson E. Hafen.<br>Tyson E. Hafen, Esq.<br>Nevada Bar No. 13139<br>100 North City Parkway, Suite 1560<br>Las Vegas, NV 89106-4617<br>tehafen@duanemorris.com<br>*Attorneys for Defendant U.S. Bank, N.A.* | s/ J Christopher Jorgensen<br>J Christopher Jorgensen, Esq.<br>Nevada Bar No. 5382<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>cjorgensen@lrrc.com<br>*Attorneys for Defendant Synchrony Bank* |
| Dated: October 4, 2018 | Dated: October 4, 2018 |
| **SNELL & WILMER L.L.P.** | **ALVERSON TAYLOR & SANDERS** |
| /s/ Bradley T. Austin<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>baustin@swlaw.com<br>*Attorneys for Defendant Equifax Information Services, LLC* | /s/ Kurt R. Bonds<br>Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, Nevada 89149<br>efile@alversontaylor.com<br>*Attorneys for InTouch Credit Union* |

Law Office of Kevin L. Hernandez
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
(702) 563-4450 FAX: (702) 552-0408

| | |
|---|---|
| Dated: October 4, 2018 | Dated: October 4, 2018 |
| **Lewis Brisbois Bisgaard & Smith LLP** | **NAYLOR & BRASTER** |
| /s/ Jason G. Revzin<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, Nevada 89118<br>jason.revzin@lewisbrisbois.com<br>*Attorneys for Defendant Trans Union LLC* | /s/ Andrew J. Sharples<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, Nevada 89145<br>asharples@nblawnv.com<br>*Attorneys for Defendant Experian Information Solutions, Inc.* |
| Dated: October 4, 2018 | Dated: October 4, 2018 |
| **AKERMAN LLP** | **FERNALD LAW GROUP LLP** |
| /s/ Rex D. Garner<br>Rex D. Garner, Esq.<br>Nevada Bar No. 9401<br>1635 Village Center Circle., Suite 200<br>Las Vegas, Nevada 89134<br>rex.garner@akerman.com<br>*Attorneys for Defendant Bank of America, N.A.* | /s/ Brandon C. Fernald<br>Brandon C. Fernald, Esq.<br>Nevada Bar No. 10582<br>6236 Laredo Street<br>Las Vegas, Nevada 89146<br>brandon.fernald@fernaldlawgroup.com<br>*Attorneys for Capital One Bank (USA), N.A.* |
| Dated: October 4, 2018 | |
| **Lewis Roca Rothgerber Christie LLP** | |
| s/ Erik J. Foley<br>Erik J. Foley, Esq.<br>Nevada Bar No. 14195<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>efoley@lrrc.com<br>*Attorneys for Defendant Barclays Bank Delaware* | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CHEX SYSTEMS, INC.

Pursuant to the stipulation of the Parties under FRCP 41(a), Chex Systems, Inc. is dismissed with prejudice. Plaintiffs and Chex Systems, Inc. will bear their own attorneys' fees and costs incurred in this action.

IT IS SO ORDERED:

DATED this \_\_16\_\_ day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE