Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY FLORIAN, an individual; THO NGUYEN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>CHEX SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; AFFIRM, INC., a foreign corporation; BANK OF AMERICA, N.A., a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; DEPARTMENT STORES NATIONAL BANK, a national banking association; INTOUCH CREDIT UNION, a foreign non-profit corporation; SYNCHRONY BANK, a foreign corporation; U.S. BANK, N.A., a national banking association.<br><br>Defendants. | Case No.: 2:18-cv-01216-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF SYNCHRONY BANK WITH PREJUDICE** |

Plaintiffs, Anthony Desmond Florian and Tho Nguyen ("Plaintiffs"), and Defendant, Synchrony Bank ("Synchrony") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, Plaintiffs and Synchrony, by and through their respective attorneys of record,

and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Synchrony, with Plaintiffs and Synchrony bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: December 3, 2018

**LAW OFFICE OF KEVIN L. HERNANDEZ**

/s/ *Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

Dated: December 3, 2018

**Duane Morris LLP**

/s/ *Tyson E. Hafen.*
Tyson E. Hafen, Esq.
Nevada Bar No. 13139
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
tehafen@duanemorris.com
*Attorneys for U.S. Bank, N.A.*

Dated: December 3, 2018

**AKERMAN LLP**

/s/ *Rex D. Garner*
Rex D. Garner, Esq.
Nevada Bar No. 9401
1635 Village Center Circle., Suite 200
Las Vegas, Nevada 89134
rex.garner@akerman.com
*Attorneys for Bank of America, N.A.*

///

///

///

///

Dated: December 3, 2018

**Lewis Roca Rothgerber Christie LLP**

s/ *J Christopher Jorgensen*
J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
cjorgensen@lrrc.com
*Attorneys for Synchrony Bank*

Dated: December 3, 2018

**ALVERSON TAYLOR & SANDERS**

/s/ *Alexander Williams*
Alexander Williams, Esq.
Nevada Bar No. 14644
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
efile@alversontaylor.com
*Attorneys for InTouch Credit Union*

Dated: December 3, 2018

**NAYLOR & BRASTER**

/s/ *Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
asharples@nblawnv.com
*Attorneys for Experian Information Solutions, Inc.*

Dated: December 3, 2018

**Lewis Roca Rothgerber Christie LLP**

*s/ Erik J. Foley*
Erik J. Foley, Esq.
Nevada Bar No. 14195
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
efoley@lrrc.com
*Attorneys for Barclays Bank Delaware*

Dated: December 3, 2018

**FERNALD LAW GROUP LLP**

*/s/ Brandon C. Fernald*
Brandon C. Fernald, Esq.
Nevada Bar No. 10582
6236 Laredo Street
Las Vegas, Nevada 89146
brandon.fernald@fernaldlawgroup.com
*Attorneys for Capital One Bank (USA), N.A.*

## **ORDER**

**IT IS SO ORDERED.**

DATED this __6__ day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT