Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY DESMOND FLORIAN, an individual; THO NGUYEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CHEX SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES LLC; a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; AFFIRM, INC., a foreign corporation; BANK OF AMERICA, N.A., a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CITIBANK, N.A., a national banking association; DEPARTMENT STORES NATIONAL BANK, a national banking association; INTOUCH CREDIT UNION, a foreign non-profit corporation; SYNCHRONY BANK, a foreign corporation; U.S. BANK, N.A., a national banking association, <br><br> Defendants. | Case No. 2:18-cv-01216-GMN-PAL <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

SNELL & WILMER L.L.P. hereby requests that it and all of its listed attorneys be removed from the CM/ECF service list for this matter because Equifax Information Services, LLC has been dismissed since October 30, 2018.

SNELL & WILMER L.L.P. specifically requests removal of the following attorneys from

the service list: Bradley T. Austin, Esq.

Respectfully submitted, this 10th day of January, 2019.

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Email: baustin@swlaw.com
*Attorneys for Defendant*
*Equifax Information Services LLC*

**IT IS SO ORDERED** this 16th day of January, 2019.

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 10th day of January, 2019, via CM/ECF:

Kevin L. Hernandez, Esq.
LAW OFFICE OF KEVIN L. HERNANDEZ
2510 Wigwam Parkway, Suite 206
Henderson, NV 89074

By: /s/ *Lyndsey Luxford*
An employee of Snell & Wilmer LLP

4834-1722-0485