Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY FLORIAN, an individual; THO NGUYEN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>CHEX SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; AFFIRM, INC., a foreign corporation; BANK OF AMERICA, N.A., a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; DEPARTMENT STORES NATIONAL BANK, a national banking association; INTOUCH CREDIT UNION, a foreign non-profit corporation; SYNCHRONY BANK, a foreign corporation; U.S. BANK, N.A., a national banking association.<br><br>Defendants. | Case No.: 2:18-cv-01216-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF BARCLAYS BANK DELAWARE WITH PREJUDICE** |

Plaintiffs, Anthony Desmond Florian and Tho Nguyen ("Plaintiffs"), and Defendant, Barclays Bank Delaware ("Barclays") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, Plaintiffs and Barclays, by and through their respective attorneys of record, and

1  subject to the Court's approval, respectfully request dismissal of the above-captioned matter with

2  prejudice under FRCP 41(a) as to Barclays, with Plaintiffs and Barclays bearing their own

3  attorneys' fees and costs incurred in this action.

4  Respectfully Submitted.

5  Dated: January 16, 2019                                    Dated: January 16, 2019

6  **LAW OFFICE OF**                                          **LEWIS ROCA ROTHGERBER**
   **KEVIN L. HERNANDEZ**                                     **CHRISTIE LLP**
7

8  */s/ Kevin L. Hernandez*                                   */s/J Christopher Jorgensen*
   Kevin L. Hernandez, Esq.                                   J Christopher Jorgensen
   Nevada Bar No. 12594                                       Nevada Bar No. 5382
9   8872 S. Eastern Avenue, Suite 270                         3993 Howard Hughes Pkwy, Suite 600
   Las Vegas, Nevada 89123                                    Las Vegas, Nevada 89169
10 kevin@kevinhernandezlaw.com                                CJorgensen@lrrc.com
   ***Attorney for Plaintiffs***                              EFoley@lrrc.com
11                                                            ***Attorneys for Barclays Bank Delaware***

12
                                                              Dated: January 16, 2019
13 Dated: January 16, 2019
                                                              **NAYLOR & BRASTER**
14 **FERNALD LAW GROUP LLP**

15 */s/ Brandon C. Fernald*                                   */s/ Andrew J. Sharples*
   Brandon C. Fernald, Esq.                                   Jennifer L. Braster, Esq.
   Nevada Bar No. 10582                                       Nevada Bar No. 9982
16 6236 Laredo Street                                         Andrew J. Sharples, Esq.
   Las Vegas, Nevada 89146                                    Nevada Bar No. 12866
17 brandon.fernald@fernaldlawgroup.com                        1050 Indigo Drive, Suite 200
   ***Attorneys for Capital One Bank (USA), N.A.***           Las Vegas, Nevada 89145
18                                                            asharples@nblawnv.com
                                                              ***Attorneys for Experian Information***
19                                                            ***Solutions, Inc.***

20 Dated: January 16, 2019                                    Dated: January 16, 2019

21 **AKERMAN LLP**                                            **Duane Morris LLP**

22 */s/ Rex D. Garner*                                        /s/ *Tyson E. Hafen.*
   Rex D. Garner, Esq.                                        Tyson E. Hafen, Esq.
23 Nevada Bar No. 9401                                        Nevada Bar No. 13139
   1635 Village Center Circle., Suite 200                     100 North City Parkway, Suite 1560
24 Las Vegas, Nevada 89134                                    Las Vegas, NV 89106-4617
   rex.garner@akerman.com                                     tehafen@duanemorris.com
25 ***Attorneys for Bank of America, N.A.***                  ***Attorneys for U.S. Bank, N.A.***

26 ///

27 ///

28 ///

Dated: January 16, 2019

**ALVERSON TAYLOR & SANDERS**

*/s/ Alexander Williams*
Alexander Williams, Esq.
Nevada Bar No. 14644
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
efile@alversontaylor.com
*Attorneys for InTouch Credit Union*

## ORDER

**IT IS SO ORDERED:**

DATED this __22__ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT