Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY FLORIAN, an individual; THO NGUYEN, an individual;<br><br>Plaintiffs,<br>v.<br><br>CHEX SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company; AFFIRM, INC., a foreign corporation; BANK OF AMERICA, N.A., a national banking association; BARCLAYS BANK DELAWARE, a foreign corporation; CAPITAL ONE BANK (USA), N.A., a national banking association; CHASE BANK USA, N.A., a national banking association; CITIBANK, N.A., a national banking association; DEPARTMENT STORES NATIONAL BANK, a national banking association; INTOUCH CREDIT UNION, a foreign non-profit corporation; SYNCHRONY BANK, a foreign corporation; U.S. BANK, N.A., a national banking association.<br><br>Defendants. | Case No.: 2:18-cv-01216-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF BANK OF AMERICA, N.A., CAPITAL ONE BANK (USA), N.A., AND U.S. BANK, N.A. WITH PREJUDICE** |

Plaintiffs, Anthony Desmond Florian and Tho Nguyen ("Plaintiffs"), and Defendants, Bank of America, N.A. ("BANA"), Capital One Bank (USA), N.A. ("Capital One"), and U.S. Bank, N.A. ("U.S. Bank") (collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

under FRCP 41(a) as to BANA, Capital One, and U.S. Bank with the Parties bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: March 21, 2019

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**

/s/ *Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

Dated: March 21, 2019

**FERNALD LAW GROUP LLP**

/s/ *Brandon C. Fernald*
Brandon C. Fernald, Esq.
Nevada Bar No. 10582
6236 Laredo Street
Las Vegas, Nevada 89146
brandon.fernald@fernaldlawgroup.com
*Attorneys for Capital One Bank (USA), N.A.*

Dated: March 21, 2019

**AKERMAN LLP**

/s/ *Rex D. Garner*
Rex D. Garner, Esq.
Nevada Bar No. 9401
1635 Village Center Circle., Suite 200
Las Vegas, Nevada 89134
rex.garner@akerman.com
*Attorneys for Bank of America, N.A.*

Dated: March 21, 2019

**Duane Morris LLP**

/s/ *Tyson E. Hafen.*
Tyson E. Hafen, Esq.
Nevada Bar No. 13139
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
tehafen@duanemorris.com
*Attorneys for U.S. Bank, N.A.*

Dated: March 21, 2019

**NAYLOR & BRASTER**

/s/ *Andrew J. Sharples*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples, Esq.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
asharples@nblawnv.com
*Attorneys for Experian Information Solutions, Inc.*

**IT IS SO ORDERED:**

DATED this  1  day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT