# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY DESMOND FLORIAN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DEPARTMENT STORES NATIONAL )<br>BANK, )<br>)<br>Defendant. )<br>_____) | Case No.: 2:18-cv-01216-GMN-BNW<br><br>**ORDER OF DISMISSAL BY COURT FOR WANT OF PROSECUTION** |

This action has been pending in this Court for more than two-hundred-seventy (270) days without any proceeding having been undertaken during such period.

Accordingly,

**IT IS HEREBY ORDERED** that the above entitled action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution pursuant to the provisions of D. Nev. Local Rule 41-1.

**DATED** this __3__ day of June, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court